IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC,<br><br>    Plaintiff,<br>  v.<br><br>CELERITY, INC.,<br><br>    Defendants                     / | No. C-05-3560 MMC<br>(consolidated with C-05-4374 MMC)<br><br>**ORDER GRANTING CELERITY, INC.'S MOTION TO ALIGN PARTIES; VACATING HEARING** |

    Before the Court is Celerity, Inc.'s ("Celerity") motion to align the parties. Ultra Clean Technology Systems and Service, Inc. ("UCTSS") and Ultra Clean Holdings, Inc. ("UCH") have filed opposition, to which Celerity has replied. Having reviewed the papers submitted in support of and in opposition to the motion, the Court deems the matter suitable for decision on the papers, VACATES the hearing scheduled for January 20, 2006, and, for the reasons stated in Celerity's papers, hereby GRANTS the motion.

    Accordingly, (1) the complaint filed by Celerity against UCTSS and UCH is denominated the main action in the above-titled consolidated matter, and the complaint filed by UCTSS against Celerity is denominated the counterclaim, and (2) the parties shall be aligned as follows:

        Celerity – plaintiff and counter-defendant

        UCTSS – defendant and counterclaimant

        UCH – defendant

**IT IS SO ORDERED.**

Dated: January 18, 2006

                                                  MAXINE M. CHESNEY<br>                                                  United States District Judge