IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | No. C-05-4374 MMC |
| Plaintiff, | (consolidated with C-05-3560 MMC) |
| v. | **ORDER AMENDING ORDER TO CONSOLIDATE ACTIONS** |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC, | |
| Defendants / | |

By order filed December 12, 2005, the Court consolidated <u>Ultra Clean Technology Systems and Services, Inc. v. Celerity, Inc.</u>, C-05-3560 MMC, with <u>Celerity, Inc. v. Ultra Clean Holdings, Inc., et al.</u>, C-05-4374 MMC, and directed all future filings to be in the earlier-filed action, C-05-3560 MMC.

In light of the Court's Order Granting Celerity, Inc.'s Motion to Align Parties, and for the reasons stated at the case management conference conducted January 27, 2006, the Court hereby AMENDS its order of consolidation to direct that all future filings shall be in the later-filed action, C-05-4374 MMC.

**IT IS SO ORDERED.**

Dated: February 1, 2006

MAXINE M. CHESNEY
United States District Judge