IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | No. C-05-4374 MMC |
|     Plaintiff/Counter-Defendant | (Consolidated with C-05-3560 MMC) |
|   v. | **ORDER RE: PERMANENT INJUNCTION** |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. | |
|     Defendant/Counterclaimant | |
|   and | |
| ULTRA CLEAN HOLDINGS, INC. | |
|     Defendant                / | |

By separate Judgment filed concurrently herewith, the Court has entered a permanent injunction against defendants Ultra Clean Technology Systems and Service, Inc. and defendant Ultra Clean Holdings, Inc. (collectively, "UTC"). In granting such relief, the Court has considered the post-trial briefing submitted by the parties with respect to said issue, and finds, for the reasons stated by plaintiff, that plaintiff is entitled to a permanent injunction.  See eBay v. MercExchange, L.L.C., 126 S. Ct. 1837, 1839 (2006).

**IT IS SO ORDERED.**

Dated: November 30, 2007

_____
MAXINE M. CHESNEY
United States District Judge