NOTE: This disposition is nonprecedential.

FILED
06 NOV -3 PM 1:25

# United States Court of Appeals for the Federal Circuit

2008-1205

CELERITY, INC.,

Plaintiff/Counterclaim Defendant-Appellee,

v.

ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.,

Defendant/Counterclaimant-Appellant,

and

ULTRA CLEAN HOLDINGS, INC.,

Defendant-Appellant.

Keith L. Slenkovich, Thelen LLP, of San Jose, California, argued for plaintiff/counterclaim defendant-appellee. With him on the brief were Robert E. Camors, Jr., Christopher L. Ogden, Karin M. Frenza, and Tomomi K. Harkey.

Paul J. Andre, King & Spalding LLP, of Redwood Shores, California, argued for defendant/counterclaimant-appellant and defendant-appellant. With him on the brief were Lisa Kobialka and Amy Sun.

Appealed from: United States District Court for the Northern District of California

Judge Maxine M. Chesney

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1205

CELERITY, INC.,

          Plaintiff/Counterclaim Defendant-Appellee,

v.

ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.,

          Defendant/Counterclaimant-Appellant,

and

ULTRA CLEAN HOLDINGS, INC.,

          Defendant-Appellant.

## Judgment

ON APPEAL from the    United States District Court for the Northern District of California

in CASE NO(S).    05-CV-4374 and 05-CV-3560

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA, DYK, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 9 2008

JAN HORBALY
CLERK

ENTERED BY ORDER OF THE COURT

DATED OCT - 9 2008

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** OCT 3 0 2008